**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEANTHONY LEE BETTIS,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 10-0298-CG-M |
| v. | : |
| | : CRIMINAL ACTION 07-0096-CG-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this Motion to Vacate (Doc. 80) be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 14th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE