**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEANTHONY LEE BETTIS,** | : |
| Petitioner, | : |
| | **CIVIL ACTION 10-0298-CG-M** |
| v. | : |
| | **CRIMINAL ACTION 07-0096-CG-M** |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Leanthony Lee Bettis.

**DONE and ORDERED** this 14th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE